# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JOSE ANGEL LUZARDO, RAUNEL )
MANUEL LARA ALONSO and all others )
similarly situated under 29 U.S.C. 216(b), )
)
)
        Plaintiffs, )
vs. )    CASE NO: 14-CV-23622-Scola/Otazo-Reyes
)
)
TRITON WINDOW DISTRIBUTORS, INC. )
ALEJANDRO ACOSTA, )
)
)
        Defendants. )
)
_____ )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
TRITON WINDOW DISTRIBUTORS, INC.
Registered Agent: Alejandro Acosta
8888 Northwest 24 Terrace
Miami, FL 33172

                      A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                      J.H. Zidell, Esq.
                      J.H. Zidell P.A.
              300 71ST Street, Suite 605
            Miami Beach, Florida 33141

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: October 01, 2014

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSE ANGEL LUZARDO, RAUNEL MANUEL LARA ALONSO and all others similarly situated under 29 U.S.C. 216(b), )<br>)<br>)<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>TRITON WINDOW DISTRIBUTORS, INC. )<br>ALEJANDRO ACOSTA, )<br>)<br>Defendants. )<br>_____ ) | CASE NO: 14-CV-23622-Scola/Otazo-Reyes |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
ALEJANDRO ACOSTA
8888 Northwest 24 Terrace
Miami, FL 33172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _ October 01, 2014 _



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts