UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO,　　　　　　　　　　　 )
RAUNEL MANUEL LARA ALONSO, *and all* 　 )
*others similarly situated under 29 U.S.C. 216(B)* 　)
　　　　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　Plaintiffs　　　　　　　　　　　 )
　　vs.　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　　　 )
TRITON WINDOWN DISTRIBUTORS, INC.　　　 )
ALEJANDRO ACOSTA　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　Defendants　　　　　　　　　　　 )
_____　 )

## PLAINTIFFS' STATEMENT OF CLAIM

Come Now Plaintiffs, by and through undersigned counsel, pursuant to Court Order D.E. 4, and hereby files Plaintiffs' statement of claim and state as follows:

### A. Jose Angel Luzardo:

1. Period of Claim: March 1, 2013 through July 19, 2014: 72 weeks.
2. Approximation of hours worked per a week: 50.
3. Amount paid per hour: $11.00/hr.
4. Time and a half overtime rate claimed: $16.50/hr.
5. Calculation of overtime wages owed: 10 overtime hours a week multiplied by $16.50/hr multiplied by 72 weeks, equals $11,880 multiplied by 2 as liquidated damages, equals **$23,760** plus reasonable fees and costs.

### B. Raunel Manuel Lara Alonso:

6. Period of Claim: February 15, 2012 through September 23, 2014: 135 weeks.
7. Approximation of hours worked per a week: 45.
8. Amount paid per hour: $13.00/hr.
9. Time and a half overtime rate claimed: $19.50/hr.

10. Calculation of overtime wages owed: 5 overtime hours a week multiplied by $19.50/hr multiplied by 135 weeks, equals $13,162.50 multiplied by 2 as liquidated damages, equals **$26,325** plus reasonable fees and costs.

        Respectfully Submitted,

        Daniel T. Feld, Esq.
        J.H. Zidell, P.A.
        Attorney for Plaintiffs
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167
        Email: DanielFeld.Esq@gmail.com

        By:_/s/ Daniel T. Feld _____
           Daniel T. Feld, Esq.
           Florida Bar Number: 0037013

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Statement of Claim was sent via CM/ECF to [no counsel has appeared on behalf of defendants] on this 14th day of October, 2014.

        Daniel T. Feld, Esq.
        J.H. Zidell, P.A.
        Attorney for Plaintiff
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167
        Email: DanielFeld.Esq@gmail.com

        By:_/s/ Daniel T. Feld _____
           Daniel T. Feld, Esq.
           Florida Bar Number: 0037013