UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO, RAUNEL )
MANUEL LARA ALONSO and all others )
similarly situated under 29 U.S.C. 216(b), )
                                          )
           Plaintiffs,                    )
      vs.                                 )
                                          )
TRITON WINDOW DISTRIBUTORS, INC. )
ALEJANDRO ACOSTA,                         )
                                          )
           Defendants.                    )
_____ )

## NOTICE OF COMPLIANCE

Now comes the Plaintiff through the undersigned, and notices the Court that:

Plaintiff has complied with [DE 4] and has served Jose F. Torres, Esq. on 11/17/14 via e-mail with a copy of the Order itself and Statement of Claim pursuant to the said Order.

**Respectfully submitted,**

**CHRISTOPHER COCHRAN, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FL 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: CNC02G@GMAIL.COM
F.B.N. 0084088
BY:__/S/_____Christopher Cochran_____
CHRISTOPHER COCHRAN, ESQ.**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA CM/ECF ON 11/17/14 TO:**

**JOSE F. TORRES**
**LAW OFFICE OF CAMPBELL & MALAFY**
**10887 OVERSEAS HIGHWAY**
**MARATHON, FL 33050**
**305-447-8580**
**FAX: 786-472-5789**
**EMAIL: TORRESLAW@MAC.COM**

**BY: /s/    Christopher Cochran**
**CHRISTOPHER COCHRAN, ESQ.**