UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO,
RAUNEL MANUEL LARA ALONSO,
and all others similarly
situated under 29 U.S.C.
216(b),

    Plaintiffs,

v.

TRITON WINDOW DISTRIBUTORS,
INC., and ALEJANDRO ACOSTA,

    Defendants.

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF CLAIM**

Defendants, by and through counsel, and pursuant to D.E.4 respond to Plaintiff's Statement of Claim, and state:

Plaintiff Jose Angel Luzardo ("Luzardo") was employed at Triton Window Distributors Inc. ("Triton") from April 15, 2013 to July 18, 2014 at a weekly salary of $440.00. During his 67 weeks of employment, Luzardo worked overtime on 36 weeks for a total of approximately 102 hours. On all other weeks Luzardo worked forty (40) or fewer hours per week and was paid his full salary. On his "overtime" weeks, Luzardo was paid his full salary and he was paid for overtime hours worked pursuant to a fluctuating work week agreement.

Plaintiff Raunel Manuel Lara Alonso ("Alonso") was employed at Triton Window Distributors Inc. from February

15, 2012 to June 5, 2013 at a salary of $520.00 per week and from June 6, 2013 to September 24, 2014 at a weekly salary of $560.00. During his 136 weeks of employment, Alonso worked overtime on 55 weeks for a total of approximately 131 hours. On all other weeks Alonso worked forty (40) or fewer hours per week and was paid his full salary. On his "overtime" weeks, Alonso was paid his full salary and he was paid for overtime hours worked pursuant to a fluctuating work week agreement.

Respectfully Submitted,

        CAMPBELL & MALAFY
        10887 Overseas Highway
        Suite 201
        Marathon, Florida 33050
        Tel. (305) 743-2492
        Fax. (786) 743-2432

        s/ Jose F. Torres
        _____
        Jose F. Torres
        Florida Bar No. 148067
        Torreslaw@mac.com

        John Campbell
        Florida Bar No. 443972
        Campbelllaw@mac.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2014 I filed the foregoing with the Clerk of the Court via the CM/ECF system which will send a notice of electronic filing to:

J.H. Zidell, Esq.
J.H. ZIDELL, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141

```
Tel. (305) 865-6766
Fax. (305) 865-7167
FBN: 0010121
zabogado@aol.com


Daniel T. Feld, Esq.
J.H. ZIDELL, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel. (305) 865-6766
Fax. (305) 865-7167
FBN: 0037013
e-mail: DanielFeld.Esq@gmail.com


Christopher Cochran, Esq.
J.H. ZIDELL, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel. (305) 865-6766
Fax. (305) 865-7167
e-mail: Cnc02g@gmail.com
```

```
                                        CAMPBELL & MALAFY
                                        10887 Overseas Highway
                                        Suite 201
                                        Marathon, Florida 33050
                                        Tel. (305) 743-2492
                                        Fax. (786) 743-2432

                                        s/ Jose F. Torres
                                        _____
                                        Jose F. Torres
                                        Florida Bar No. 148067
                                        Torreslaw@mac.com


                                        John Campbell
                                        Florida Bar No. 443972
                                        Campbelllaw@mac.com
```