UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO,                              )
RAUNEL MANUEL LARA ALONSO, *and all*             )
*others similarly situated under 29 U.S.C. 216(B)* )
                                                 )
              Plaintiffs                       )
  vs.                                           )
                                                 )
                                                 )
TRITON WINDOWN DISTRIBUTORS, INC.                )
ALEJANDRO ACOSTA                                 )
                                                 )
              Defendants                       )
_____          )

**JOINT PLANNING AND SCHEDULING REPORT**

Pursuant to Southern District of Florida Local Rule 16.1(B) and Federal Rule of Civil Procedure 26(f), on December 2, 2014, Counsel for Plaintiff, Daniel T. Feld, Esq. and Counsel for Defendants, Jose F. Torres, Esq. conferred and now file this Joint Scheduling Report in the above styled action and show the Court as follows:

**ELEMENTS REQUIRED BY LOCAL RULE 16.1**

**(A) The likelihood of settlement;**

The likelihood of settlement cannot be determined at this time.

**(B) A discussion of the likelihood of appearance in the action of additional parties;**

It is unknown at this time whether the parties will need to add additional parties. However, at this stage, the parties do not anticipate adding any additional parties to this lawsuit.

**(C) Proposed limits on time:**

    **(i) Join other parties and amend the pleadings**

January 29, 2015.

**(ii) File and hear motions**

May 29, 2015 for dispositive motions.

**(iii) Complete Discovery**

April 30, 2015.

**(D) Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses;**

The Parties are unable to eliminate any claims or defenses at this point in time but will endeavor to do so in order to simplify the issues, including the elimination of frivolous claims or defenses.

**(E) The necessity or desirability of amendments to the pleadings;**

It is unknown whether further amendment to the pleadings will be necessary.

**(F) A discussion of possible admissions of fact of possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence;**

The Parties will endeavor to stipulate to facts and admissions of documents and electronically stored information such as to avoid unnecessary proof at trial. However, at this point in time, the Parties are unable to stipulate to any facts at this time.

**(G) Suggestions for the avoidance of unnecessary proof and of cumulative evidence;**

The Parties do not have any suggestions at this time.

**(H) Suggestions on the advisability of referring matters to a Magistrate Judge or master:**

The parties do not consent to the magistrate at this time.

**(I) A preliminary estimate of the time required for trial;**

The parties estimate that this will be a 3 day trial.

**(J) Requested dates for conferences before trial, a final pretrial conference and trial.**

The parties propose August 31, 2015 for trial and August 17, 2015 for the calendar call.

**(K) Any other information that might be helpful to the Court.**

The Parties are unaware of any additional information that would be helpful to the Court.

## ELEMENTS REQUIRED BY RULE 26, F.R.C.P.

**(a)   Discovery plan pursuant to Rule 26 (f), Federal Rules of Civil Procedure:**

    **(i)   Changes/time of disclosures**

The Parties agree that initial disclosures shall be made by December 14, 2014.

    **(ii)   Subjects and schedule for discovery**

The parties propose April 30, 2015 pursuant to the Court's expedited schedule.

    **(iii)   Issues relating to e-discovery**

The Parties agree to comply with Federal Rules of Civil Procedure 26(a)(A)(ii), 34(b)(1)(C) and 34(b)(2) in connection with the disclosure and discovery of electronically stored information. Documents, including electronic discovery, <u>will</u> be produced in PDF format or by printing the electronic documents. Electronic discovery does not have to be produced in its natural form, unless the authenticity of a particular document becomes an issue in the case.

    **(iv)   Issues relating to claims of privilege or work product**

The Parties agree that these will be addressed in response to specific discovery items.

    **(v)   Any changes in limitations on discovery**

None.

    **(vi)   Any order which should be entered.**

None.

Respectfully Submitted,

| | |
|---|---|
| Dated: 12/02/14 | Dated: 12/02/14 |
| J.H. Zidell, P.A. | Campbell & Malafy |
| Attorney for Plaintiffs | Attorney for Defendants |
| 300 71st Street, Suite 605 | 10887 Overseas Highway, Suite 201 |
| Miami Beach, Florida 33141 | Marathon, Florida 33050 |
| Tel: (305) 865-6766 | Tel: (305) 743-2492 |
| Fax: (305) 865-7167 | Fax: (786) 743-2432 |
| By: /s/ Daniel T. Feld | By: /s/ Jose F. Torres |
| Daniel T. Feld, Esq. | Jose F. Torres, Esq. |
| Florida Bar Number 0037013 | Florida Bar Number: 443972 |