**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 14-23622-CIV-SCOLA/OTAZO-REYES**

| | |
|---|---|
| JOSE ANGEL LUZARDO, <br> RAUNEL MANUEL LARA ALONSO, *and all others similarly situated under 29 U.S.C. 216(B)* <br><br> Plaintiffs <br> vs. <br><br> TRITON WINDOWN DISTRIBUTORS, INC. <br> ALEJANDRO ACOSTA <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' NOTICE OF MEDIATION

Come Now Plaintiffs, by and through undersigned counsel, and hereby advise the Court that the Parties have agreed to go to mediation and in support thereof state as follows:

1. The Parties have agreed to mediate this case with Marlene Quintana, Esq. on the 4th day of February 2015 at 10:00 a.m. at Gray Robinson P.A., 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131.

                          Respectfully Submitted,

                          Daniel T. Feld, Esq.
                          J.H. Zidell, P.A.
                          Attorney for Plaintiffs
                          300 71st Street, Suite 605
                          Miami Beach, Florida 33141
                          Tel: (305) 865-6766
                          Fax: (305) 865 – 7167
                          Email: DanielFeld.Esq@gmail.com

                          By:__/s/ Daniel T. Feld _____
                              Daniel T. Feld, Esq.
                              Florida Bar Number: 0037013

**CERTIFICATE OF SERVICE:**

      I hereby certify that a true and correct copy of Plaintiffs' Notice of Mediation was served via CM/ECF to Jose F. Torres, Esq., Law Office of Campbell & Malafy 10887 Overseas Highway, Marathon, Florida 33050, Fax: (786) 472-5789, Email: torreslaw@mac.com, on this 23rd day of January 2015.

      Daniel T. Feld, Esq.
      J.H. Zidell, P.A.
      Attorney for Plaintiffs
      300 71st Street, Suite 605
      Miami Beach, Florida 33141
      Tel: (305) 865-6766
      Fax: (305) 865 – 7167
      Email: DanielFeld.Esq@gmail.com

      By:__/s/ Daniel T. Feld _____
          Daniel T. Feld, Esq.
          Florida Bar Number: 0037013