United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Jose Angel Luzardo and Raunel Manuel Lara Alonso, Plaintiffs | ) ) ) | |
| v. | ) ) | Civil Action No. 14-23622-Civ-Scola |
| Triton Window Distributors, Inc. and Alejandro Acosta, Defendants | ) ) ) | |

### Order Scheduling Mediation

The mediation conference in this matter will be held with Marlene Quintana on February 4, 2015, at 10:00 a.m., at Gray Robinson, P.A., 333 SE 2nd Avenue, Suite 3200, Miami, Florida, 33131. The mediator and the parties have agreed to this date. It may not be rescheduled without leave of the Court.

**Done and ordered**, at Miami, Florida, on February 3, 2015.

Robert N. Scola, Jr.
United States District Judge