UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO, et al.,

      Plaintiff,

vs.

TRITON WINDOWS
DISTRIBUTORS, INC., et al.

      Defendants.
_____/

## MEDIATOR'S REPORT

Mediation was held on Wednesday, February 4, 2015, with all parties and their counsel present. A settlement was not reached.

Respectfully submitted,

**GRAYROBINSON, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile:   (305) 416-6887


BY:   /s/ Marlene Quintana
      Marlene Quintana, Mediator
      Florida Bar No.: 88358
      marlene.quintana@gray-robinson.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

BY: /s/ Marlene Quintana
Marlene Quintana, Mediator

## SERVICE LIST

| | |
|---|---|
| Daniel Feld, Esquire | Jose F. Torres, Esquire |
| Rivkah Jaff, Esquire | Campbell & Malafy |
| J. H. Zidell | 10887 Overseas Highway |
| 300 71st Street | Suite 201 |
| Suite 605 | Marathon, FL 33050 |
| Miami Beach, FL 33141 | torreslaw@mac.com |
| danielfeld.esq@gmail.com | |
| rivkah.jaff@gmail.com | |

# 1648973 v1