**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO,
RAUNEL MANUEL LARA ALONSO,
and all others similarly
situated under 29 U.S.C.
216(b),

    Plaintiffs,

v.

TRITON WINDOW DISTRIBUTORS,
INC., and ALEJANDRO ACOSTA,

    Defendants.

_____/

**DEFENDANTS' RESPONSE TO [DE22] PLAINTIFF'S MOTION FOR EXTENSION OF TIME NUNC PRO TUNC TO FILE JOINT INTERIM STATUS REPORT**

Defendants, by and through undersigned counsel, respond to Plaintiff's Motion for Extension of Time Nunc Pro Tunc to File Joint Interim Status Report and state:

1. Defendants join Plaintiffs in seeking the relief requested in the above-referenced Motion.

2. Defendants' undersigned counsel also mis-calendared the deadline to file the Joint interim Status Report and apologizes to the Court for the failure to meet the deadline for filing the Joint Interim Report.

3. The undersigned looks forward to collaborating with Plaintiff's counsel promptly to file the Joint Interim Status Report.

-- CERTIFICATE OF SERVICE --

WE HEREBY CERTIFY that on the 7th day of February, 2015, a true and correct copy of the above and foregoing was filed with the Clerk of the Court via the CM/ECF system which will send a notice of electronic filing to:

J.H. Zidell, Esq.
J.H. ZIDELL, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel. (305) 865-6766
Fax. (305) 865-7167
zabogado@aol.com

Daniel Feld, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
danielfeld.esq@gmail.com

Steven C. Fraser, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Steven.fraser.esq@gmail.com

Julia Garrett, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
jgarrett.jhzidellpa@gmail.com

CAMPBELL & MALAFY
10887 Overseas Highway

Marathon, Florida 33050
Tel. (305) 743-2492
Fax. (786) 743-2432

s/ Jose F. Torres
_____
Jose F. Torres
Florida Bar No. 148067
Torreslaw@mac.com

John Campbell
Florida Bar No. 443972
Campbelllaw@mac.com

ATTORNEYS FOR DEFENDANTS