UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO,
RAUNEL MANUEL LARA ALONSO,
and all others similarly
situated under 29 U.S.C.
216(b),

    Plaintiffs,

v.

TRITON WINDOW DISTRIBUTORS,
INC., and ALEJANDRO ACOSTA,

    Defendants.

_____/

**JOINT INTERIM STATUS REPORT**

The parties, pursuant to the Court's Scheduling Order and Order of Referral to Mediation [DE14] file their Joint Interim Status Report and state:

1. All Defendants have been served.
2. Defendants filed their Answer and Affirmative Defenses [DE11] on November 17, 2014.
3. This is a collective action pursuant to 29 U.S.C. §216(b). No persons other than the named Plaintiffs have filed to opt-in to the case.
4. The parties agreed to mediate the case with Marlene Quintana, Esq. The mediation was held on February 4, 2015. The mediation resulted in impasse. See DE20, Final Mediation Report, by Marlene Quintana, February 5, 2015.
5. The parties have engaged in informal settlement negotiations through counsel but have not been able to

reach agreement. The parties intend to continue informal settlement negotiations.

6. As part of the informal settlement negotiations referenced in paragraph 5, above, on or about December 4, 2014, Defendants provided Plaintiff's counsel with the Plaintiffs' time and pay records. The parties have exchanged written discovery requests and agreed that responses to the same will be due on February 10, 2015. Depositions of Defendants have been set for February 12, 2015. Depositions of Plaintiffs have been set for February 19, 2015.

7. At present, the parties are not aware of any issues requiring the Court's attention. Defendants are amenable to holding a settlement conference with Judge Otazo-Reyes.

Dated: February 9, 2015.

| | |
|---|---|
| J.H. ZIDELL, P.A. | CAMPBELL & MALAFY |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 300 71st Street, Suite 605 | 10887 Overseas Highway |
| Miami Beach, Florida 33141 | Marathon, Florida 33050 |
| Tel. (305) 865-6766 | Tel. (305) 743-2492 |
| Fax. (305) 865-7167 | Fax. (786) 743-2432 |
| | |
| By:/s/ Daniel Feld | By:/s/ Jose F. Torres |
| Daniel Feld, Esq. | Jose F. Torres, Esq. |
| Florida Bar No.:0037013 | Florida Bar No. 148067 |
| danielfeld.esq@gmail.com | torreslaw@mac.com |