UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO,
RAUNEL MANUEL LARA ALONSO,
and all others similarly
situated under 29 U.S.C.
216(b),

    Plaintiffs,

v.

TRITON WINDOW DISTRIBUTORS,
INC., and ALEJANDRO ACOSTA,

    Defendants.

_____/

## MOTION FOR EXTENSION OF TIME

Defendants, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), move this Court for an extension of time in which to respond to Plaintiffs" Motion in Limine [DE28] and in support thereof state:

1. Plaintiffs' Motion in Limine [DE28] was filed on June 1, 2015. Defendants' Response is due June 15, 2015.

2. Plaintiffs' Motion raises issues referenced or discussed during the depositions of Plaintiff Luzardo and Plaintiff Lara Alonso, taken on February 19, 2015.

3. Defendants ordered the transcripts of the Luzardo and Lara Alonso depositions on May 27, 2015, prior to the

filing of Plaintiffs' Motion in Limine. The deposition transcripts will not be available until June 19, 2015, after the due date for the Response to the Motion in Limine.

4. Defendants would consult and expect to rely in part on the referenced deposition transcripts in responding to the Motion in Limine.

5. Accordingly, Defendants respectfully request a 10-day extension of time through and including June 25, 2015 to file their Response to the Motion in Limine.

6. The requested extension would be in the best interests of justice and would not prejudice either party.

7. Undersigned counsel for Defendants conferred via e-mail with counsel for Plaintiffs who did not reply to the e-mail.

WHEREFORE, Defendants request this Court enter an Order extending the time to respond to Plaintiffs' Motion in Limine, until and including, Thursday, June 25, 2015.

CERTIFICATE OF SERVICE

We hereby certify that on June 11, 2015 we filed the foregoing with the Clerk of the Court via the CM/ECF system which will send a notice of electronic filing to:

J.H. Zidell, Esq.
J.H. ZIDELL, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141

Tel. (305) 865-6766
Fax. (305) 865-7167
FBN: 0010121
zabogado@aol.com
Steven C. Fraser, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Steven.fraser.esq@gmail.com

 

CAMPBELL & MALAFY
10887 Overseas Highway
Suite 201
Marathon, Florida 33050
Tel. (305) 743-2492
Fax. (786) 743-2432

s/ Jose F. Torres

_____
Jose F. Torres
Florida Bar No. 148067
Torreslaw@mac.com


John Campbell
Florida Bar No. 443972
Campbelllaw@mac.com