UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO RAUNEL MANUEL )
LARA ALONSO, *and all others similarly situated* )
*under 29 U.S.C. 216(B)* )
)
)
)
)
       Plaintiffs )
)
vs. )
)
)
)
)
TRITON WINDOW DISTRIBUTORS, INC.; )
ALEJANDRO ACOSTA

     Defendants
_____

**UNOPPOSED MOTION TO EXTEND DEADLINES OF THE COURT'S SCHEDULING ORDER AND PRETRIAL SCHEDULE**

Plaintiffs by and through undersigned counsel respectfully moves the Court to extend the dispositive motion deadline to July 14, 2015. In support thereof, the Plaintiffs state as follows:

1.    The Court's scheduling Order and Pretrial Schedule was issued on December 4, 2015 [ECF 14].

2.    All outstanding matters in that scheduling order have been completed with the exception of the filing of the joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3), along with proposed final jury instructions.

3. Plaintiffs, without opposition, are proposing that these pleadings be filed on or before July 14, 2015.

4. The Trial Date of July 27, 2015 and Calendar Call date of July 21, 2015 are to remain the same.

5 The undersigned counsel has conferred with Defendants' counsel regarding the instant relief, and Defendants' counsel joins in the relief requested and otherwise does not oppose the requested relief.

WHEREFORE, for reasons set forth above, the plaintiffs respectfully request this Honorable Court extend certain deadlines of the Court's Scheduling Order and Pretrial Schedule as stated hereinabove.

   /s/Steven C. Fraser  
Steven C. Fraser, Esq.  
Fla. Bar No. 625825  
J.H. Zidell, P.A.  
Attorney for Plaintiff  
300 71st Street #605  
Miami Beach, Florida 33141  
Tel: (305) 865-6766  
Fax: (305) 865 – 7167  
   Email: steven.fraser.esq@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2015, I electronically filed the Unopposed Motion to Extend the Time with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

__/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

## SERVICE LIST

Jose F. Torres
Campbell & Malafy
10887 Overseas Hwy
Marathon, FL  33050-3454
Attorney for Defendants
(Tel)		305-743-2492
(Fax)		786.743.2432