UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO, RAUNEL MANUEL )
LARA ALONSO, *and all others similarly situated* )
under 29 U.S.C. 216(B) )
 )
      Plaintiffs )
 )
vs. )
 )
TRITON WINDOW DISTRIBUTORS, INC.; )
ALEJANDRO ACOSTA, )
 )
      Defendants. )
_____ )

**AMENDED UNOPPOSED MOTION TO EXTEND DEADLINES OF THE COURT'S
SCHEDULING ORDER AND PRETRIAL SCHEDULE**

      Plaintiffs, by and through undersigned counsel, respectfully move this Court to extend the time for which to file the joint pretrial stipulation, pretrial disclosures, and proposed jury instructions to July 14, 2015.  In support thereof, the Plaintiffs state as follows:

      1.     The Court's Scheduling Order and Pretrial Schedule was issued on December 4, 2014 [ECF 14].

      2.     All outstanding matters in that scheduling order have been completed with the exception of the filing of the joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3), along with proposed final jury instructions.

      3.     An extension until July 14, 2015 to file the above-described documents will not affect the trial date of July 27, 2015 and calendar call date of July 21, 2015.

4.     Undersigned counsel for Plaintiffs have been unable to confer in advance of the deadline with Defendants' counsel as a result of professional obligations in other matters. Plaintiffs therefore request additional time to thoroughly review its witness and exhibit lists and review all transcripts of deposition in this matter in order to properly and thoroughly prepare the required pre-trial filings.

5.     Undersigned counsel has conferred with Defendants' counsel on this Motion, and Defendants do not oppose an extension to file the pre-trial documents until July 14, 2015.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request this Honorable Court extend certain deadlines of the Court's Scheduling Order and Pretrial Schedule as stated herein.

  /s/Steven C. Fraser  
Steven C. Fraser, Esq.
Fla. Bar No. 625825
Elizabeth O. Hueber, Esq.
Fla. Bar No. 73061
Julia Garrett, Esq.
Fla. Bar. No.105151
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2015, I electronically filed the Amended Unopposed Motion to Extend the Time with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

   /s/Julia M. Garrett  
Julia Garrett, Esq.
Fla. Bar. No.105151
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: jgarrett.jhzidellpa@gmail.com

SERVICE LIST

Jose F. Torres
Campbell & Malafy
10887 Overseas Hwy
Marathon, FL  33050-3454
Attorney for Defendants
(Tel)   305-743-2492
(Fax)   786.743.2432