| United States District Court |||
|---|---|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION |||
| JOSE ANGEL LUZARDO, RAUNEL MANUEL LARA ALONSO, and all others similarly situated under 29 U.S.C. 216(b),<br><br>          Plaintiff,<br>     vs.<br><br>TRITON WINDOW DISTRIBUTORS, INC., and ALEJANDRO ACOSTA<br><br>          Defendants. || **PLAINTIFF'S WITNESS LIST**<br><br>CASE NO.: 14-23622-CIV-SCOLA/OTAZO-REYES |
| PRESIDING JUDGE<br>Honorable<br>ROBERT N. SCOLA | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>JOSE F. TORRES |
| TRIAL DATE(S)<br>July 27, 2015 |||

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | | |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff, Jose Angel Luzardo, c/o J.H. Zidell P.A. 300 71st Street, Suite 605, Miami Beach, FL 33141, (305) 865-6766 |
| | | | | | Plaintiff, Raunel Manuel Lara Alonso, c/o J.H. Zidell P.A. 300 71st Street, Suite 605, Miami Beach, FL 33141, (305) 865-6766 |
| 2 | | | | | 30(b)(6) corporate representative of Defendant, Triton Window Distributors, Inc. c/o Jose F. Torres, Esquire Campbell & Malafay 10887 Overseas Highway, Suite 201 Marathon, Florida 33050 |
| 3 | | | | | Defendant, Alejandro Acosta, c/o Jose F. Torres, Esquire Campbell & Malafay 10887 Overseas Highway, Suite 201 Marathon, Florida 33050 |
| 4 | | | | | Yoel Cabrera c/o Jose F. Torres, Esquire Campbell & Malafay 10887 Overseas Highway, Suite 201 Marathon, Florida 33050 |
| 5 | | | | | Javier Carillo, former employee of Defendants, 100 SW 20th Road, Miami, Florida 33129 |
| 6 | | | | | Nicole Acosta, c/o Jose F. Torres, Esquire Campbell & Malafay 10887 Overseas Highway, Suite 201 Marathon, Florida 33050 |
| 7 | | | | | Ramon Valdez, c/o Jose F. Torres, Esquire Campbell & Malafay 10887 Overseas Highway, Suite 201 Marathon, Florida 33050 |
| 8 | | | | | William Gomez, c/o Jose F. Torres, Esquire Campbell & Malafay 10887 Overseas Highway, Suite 201 Marathon, Florida 33050 |

| | | | | | |
|---|---|---|---|---|---|
| 9 | | | | | Norge Rosabal Oliva, c/o Jose F. Torres, Esquire Campbell & Malafay 10887 Overseas Highway, Suite 201 Marathon, Florida 33050. |
| 10 | | | | | Osmani Ramos Diaz, 50 W 33rd Street, Hialeah, Florida 33012. 786.262.0796 |
| 11 | | | | | Demis Cruz-Hecjavarroa 15445 SW86th Terrace, Miami, Florida 33193 786.366.8277 |
| 12 | | | | | Anenemay Navarro 3501 E. 8th Lane, Hialeah, FL 33013 786.346.3296 |
| 13 | | | | | Yankiel Valdes Morales, 5600 S.W. 125 Avenue Miami, Florida 33183 |
| 14 | | | | | Anibal Gironelle, 5121 E 2nd Avenue, Hiaheah, Florida 33013 |
| 15 | | | | | Alejandro Acosta, 8970 SW 9th Terrace, Miami, Fl 33174 |
| 16 | | | | | Eduardo Alvarez Diaz 2376 SW 6th Street ,Miami, Florida 33135 or 2344 SW 16th Terrace, Miami, Florida 33145 |
| 17 | | | | | Abelardo Millan-Diaz, 1818 SW 23rd Street, Apt. 1 or 3610 Oak Avenue, Miami Florida 33133 |
| 18 | | | | | Laura Vento, 4205 SW 154th Court, Miami, Florida 33185-4259 786.234.1600 |
| 19 | | | | | Impeachment witnesses |
| 20 | | | | | Rebuttal witnesses |
| 21 | | | | | Any witnesses listed on Defendants' witness list that are not objected to by Plaintiff or who are allowed to testify over Plaintiff's objections. |