UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO,
RAUNEL MANUEL LARA ALONSO, and all others similarly situated under 29 U.S.C. 216(b),
    Plaintiffs,
v.
TRITON WINDOW DISTRIBUTORS, INC., and ALEJANDRO ACOSTA,

    Defendants.
_____/

**DEFENDANTS' EXHIBIT AND WITNESS LISTS**

Defendants, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 26(a)(3) and The Court's Scheduling Order [DE14] hereby submit their Exhibit And Witness Lists.

Defendants' Exhibit And Witness Lists are attached hereto as Exhibit 1.

CERTIFICATE OF SERVICE

We hereby certify that on July 14, 2015 we filed the foregoing with the Clerk of the Court via the CM/ECF system which will send a notice of electronic filing to:

J.H. Zidell, Esq.
J.H. ZIDELL, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel. (305) 865-6766
Fax. (305) 865-7167
zabogado@aol.com

Steven C. Fraser, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Steven.fraser.esq@gmail.com

Julia Garrett, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141

ATTORNEYS FOR PLAINTIFF

                        CAMPBELL & MALAFY
                        10887 Overseas Highway, Suite 201
                        Marathon, Florida 33050
                        Tel. (305) 743-2492
                        Fax. (786) 743-2432

                        s/ **Jose F. Torres**

                        Jose F. Torres
                        Florida Bar No. 148067
                        Torreslaw@mac.com

                        John Campbell
                        Florida Bar No. 443972
                        Campbelllaw@mac.com

                        ATTORNEYS FOR DEFENDANTS