```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA

       CASE NO: 14-23622-CIV-SCOLA/OTAZO-REYES
```

JOSE ANGEL LUZARDO,
RAUNEL MANUEL LARA ALONSO, and all
others similarly situated under 29
U.S.C. 216(b),
    Plaintiffs,
v.
TRITON WINDOW DISTRIBUTORS, INC., and
ALEJANDRO ACOSTA,

    Defendants.
_____/

### DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Defendants, by and through undersigned counsel, and pursuant to the Court's Scheduling Order, DE14, file their proposed voir dire questions to the jury.

### - Proposed Voir Dire Questions -

1.   Have you or anyone close to you ever sued or made a claim against an employer, including but not limited to claims concerning overtime pay? Please describe who made the claim and the reasons for the claim. How was it resolved? Do you feel the resolution was fair? Please explain.

2.   This case may require your attention to many documents and processing of numbers and figures. Are you comfortable doing this? The results of your calculations, if they are needed, are very important to the parties. Can you promise to complete the task even if you find it tedious?

3.   Do you believe that because a lawsuit has been filed, that it must have merit? Please explain your answer.

4.   Have you ever been falsely accused of something you did not do?  How did it make you feel?

CERTIFICATE OF SERVICE

We hereby certify that on July 15, 2015 we filed the foregoing with the Clerk of the Court via the CM/ECF system which will send a notice of electronic filing to:

J.H. Zidell, Esq.
J.H. ZIDELL, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel. (305) 865-6766
Fax. (305) 865-7167
zabogado@aol.com

Steven C. Fraser, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Steven.fraser.esq@gmail.com

Julia Garrett, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141

ATTORNEYS FOR PLAINTIFF

                                       CAMPBELL & MALAFY
10887 Overseas Highway, Suite 201
Marathon, Florida 33050
Tel. (305) 743-2492
Fax. (786) 743-2432

s/ Jose F. Torres

Jose F. Torres
Florida Bar No. 148067
Torreslaw@mac.com

```
                                    John Campbell
                                    Florida Bar No. 443972
                                    Campbelllaw@mac.com
```

ATTORNEYS FOR DEFENDANTS