UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO, RAUNEL MANUEL LARA ALONSO, *and all others similarly situated under 29 U.S.C. 216(B)*

      Plaintiffs

vs.

TRITON WINDOW DISTRIBUTORS, INC. ALEJANDRO ACOSTA

      Defendants

## PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

Come Now Plaintiffs, by and though undersigned counsel and hereby file their proposed voir dire questions in accordance with this Court's Scheduling Order.

1. Where do you work and for how long?

2. Are you paid salary or hourly?

3. Do you work more than 40 hours weekly? If so, do you get paid overtime and minimum wages? If not, why not?

4. What position are you currently employed at?

5. Do you believe that a private agreement between an employer and employee as to the amount of wages to be paid should override the law if the law holds that the private agreement is void?

6. Will you follow and apply the law 100% to the facts of the case even if your personal opinion conflicts with the law and even if you believe the law is not right?

7. Have you ever had a wage dispute with any employer? If so, were you satisfied with the results?

8. Do you believe that wage agreements should be in writing so that there is a clear understanding as to how much hourly wages are to be paid to an employee?

9. Do you know what the Fair Labor Standards Act is? If so, how do you know this information?

10. Do you have any problem sitting in judgment over others due to personal beliefs of any nature?

11. Do you understand the difference between the burden of proof for a Plaintiff to prevail in a civil claim versus the criminal standard of proof?

12. Is there any question that should have been asked to you personally that would be necessary for us to know that you will be a fair juror?

13. Will you have any problem rendering a verdict against the Defendant if the Plaintiff proves his case?

14. Who do you believe should be responsible for maintaining records of hours worked and wages paid--- the employer or the employee?

15. Have you ever been a juror? If so, when and what type of case and were you able to reach a verdict? If not, why not?

Respectfully submitted,

J. H. Zidell, Esq.
Fla. Bar No. 10121
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
zabogado@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2015, a copy of Plaintiffs Voir Dire was sent electronically to

Jose Torres, Esq
John Campbell, Esquire
cambelllaw@mac.com
Cambell & Malafay
10887 Overseas Highway, Suite 201
Marathon, Florida 33050
(305) 743-2492
(305) 786-2432

on this the 16th day of July, 2015.

>J. H. Zidell, Esq.
>Fla. Bar No. 10121
>J.H. Zidell, P.A.
>Attorney for Plaintiff
>300 71st Street #605
>Miami Beach, Florida 33141
>Tel: (305) 865-6766
>Fax: (305) 865-7167
>zabogado@aol.com