UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO, RAUNEL MANUEL )
LARA ALONSO, *and all others similarly situated* )
*under 29 U.S.C. 216(B)* )
             )
    Plaintiffs )
             )
  vs. )
             )
TRITON WINDOW DISTRIBUTORS, )
INC. ALEJANDRO ACOSTA )
             )
    Defendants )
_____ )

## **PLAINTIFFS' OBJECTIONS TO DEFENDANTS EXHIBIT LIST**

  Come Now Plaintiffs, by and though undersigned counsel and pursuant to the Court's Scheduling Order, DE 14, and Local Rules 16.e file their objections to Defendants Exhibit lists attached as Exhibit "A".

**Objections by Jose Angel Luzardo**

Exhibit 1: Objections as to it being unduly prejudicial, relevance, and hearsay.

Exhibit 6: Objections as to relevance, authenticity and inadmissibility.

Exhibit 7: Objections as to relevance, authenticity and inadmissibility.

Exhibit 8: Objections as to relevance, authenticity and inadmissibility.

Exhibit 9: Objections as to relevance, authenticity and inadmissibility.

Exhibit 10: Objection as to hearsay, relevance, inadmissibility, and unduly prejudicial.

Exhibit 11: Objection as to relevance, unduly prejudicial and inadmissibility.

Exhibit 12: Objection as to relevance, unduly prejudicial and inadmissibility.

Exhibit 17: Objection as to relevance, hearsay and inadmissibility.

Exhibit 18: Objection as to relevance, hearsay and inadmissibility.

Exhibit 19: Objection as to relevance.

Exhibit 20: Objection as to relevance and inadmissibility.

Exhibit 21: Objection as to relevance and inadmissibility.

Exhibit 23: Objection as to unduly prejudicial and relevance.

Exhibit 24: Objection as to unduly prejudicial, hearsay and relevance.

Exhibit 25: Objection as to unduly prejudicial, hearsay and inadmissibility.

Exhibit 26: Objection as to unduly prejudicial, hearsay, inadmissibility.

Exhibit 27: Objection as to hearsay, inadmissibility, unduly prejudicial.

Exhibit 28: Objection to hearsay, inadmissibility, unduly prejudicial.

Exhibit 29: Objection as to inadmissibility and unduly prejudicial.

## *Objections by Raunel Manuel Lara Alonso*

Exhibit 38: Objection to hearsay, inadmissibility, unduly prejudicial.

Exhibit 39: Objection to hearsay, inadmissibility, unduly prejudicial.

Exhibit 40: Objection to hearsay, inadmissibility, unduly prejudicial.

Exhibit 41: Objection to hearsay, inadmissibility, unduly prejudicial.

Exhibit 42: Objection as to relevance, hearsay, inadmissibility and unduly prejudicial.

Exhibit 43: Objection as to hearsay, relevance, inadmissibility and undue prejudice.

Exhibit 44: Objection as to relevance, unduly prejudicial and inadmissibility.

Exhibit 50: Objection as to relevance and inadmissibility and unduly prejudicial.

Exhibit 51: Objection as to relevance and inadmissibility and unduly prejudicial.

Exhibit 52: Objection as to hearsay, relevance, inadmissibility and undue prejudice.

Exhibit 53: Objection as to hearsay, relevance, inadmissibility and undue prejudice.

Exhibit 54: Objection as to hearsay, relevance, inadmissibility and undue prejudice.

Exhibit 55: Objection as to hearsay, relevance, inadmissibility and undue prejudice.

Exhibit 56: Objection as to hearsay, relevance, inadmissibility and undue prejudice.

Exhibit 57: Objection as to hearsay, relevance, inadmissibility and undue prejudice.

Exhibit 58: Objection as to relevance and inadmissibility.

Exhibit 59: Objection as to relevance and inadmissibility.

Exhibit 61: Objection as to relevance and inadmissibility.

Exhibit 62: Objection as to relevance and inadmissibility.

Exhibit 63: Objection as to relevance and inadmissibility.

Exhibit 64: Objection as to relevance and inadmissibility.

    Respectfully submitted,

    J. H. Zidell, Esq.
    Fla. Bar No. 10121
    J.H. Zidell, P.A.
    Attorney for Plaintiff
    300 71st Street #605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167
    zabogado@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2015, a copy of Plaintiffs Voir Dire was sent electronically to

Jose Torres, Esq
John Campbell, Esquire
cambelllaw@mac.com
Cambell & Malafay
10887 Overseas Highway, Suite 201
Marathon, Florida 33050
(305) 743-2492
(305) 786-2432

on this the 16th day of July, 2015.

J. H. Zidell, Esq.
Fla. Bar No. 10121
J.H. Zidell, P.A.
Attorney for Plaintiff
 300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
zabogado@aol.com
