**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO,
RAUNEL MANUEL LARA ALONSO,
and all others similarly
situated under 29 U.S.C.
216(b),

    Plaintiffs,

v.

TRITON WINDOW DISTRIBUTORS,
INC., and ALEJANDRO ACOSTA,

    Defendants.

_____/

**DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S ORDER**
**[DE50]**

Defendants, by and through undersigned counsel, file their Notice of Compliance with the Court's Order of July 21, 2015 [DE50].

1. The Court in <u>Lamonica v. Safe Hurricane Shutters, Inc.</u>, CASE NUMBER 07-61295-CIV-GONZALEZ/COHN, gave Fluctuating Work Week Jury Instructions. The Court's Fluctuating Workweek Jury Instructions are found in CASE NUMBER 07-61295-CIV-GONZALEZ/COHN, DE215, Trial Transcript, Volume VI, starting at page 96. A copy of the above-referenced document is attached hereto as <u>Exhibit 1</u>.

2. The Eleventh Circuit discusses the trial court's

Fluctuating Work Week Jury Instructions in Lamonica v. Safe Hurricane Shutters, Inc., 711 F.3d 1299, 1310 (11th Cir. 2013). A copy of Lamonica v. Safe Hurricane Shutters, Inc., 711 F.3d 1299 (11th Cir. 2013) is attached hereto as Exhibit 2.

Respectfully Submitted,

                        CAMPBELL & MALAFY
                        10887 Overseas Highway
                        Suite 201
                        Marathon, Florida 33050
                        Tel. (305) 743-2492
                        Fax. (786) 743-2432

                        s/ Jose F. Torres
                        _____
                        Jose F. Torres
                        Florida Bar No. 148067
                        Torreslaw@mac.com

                        John Campbell
                        Florida Bar No. 443972
                        Campbelllaw@mac.com

CERTIFICATE OF SERVICE

    We hereby certify that on July 22, 2015 we filed the foregoing with the Clerk of the Court via the CM/ECF system which will send a notice of electronic filing to:

J.H. Zidell, Esq.
J.H. ZIDELL, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel. (305) 865-6766
Fax. (305) 865-7167
FBN: 0010121
zabogado@aol.com

```
CAMPBELL & MALAFY
10887 Overseas Highway
Suite 201
Marathon, Florida 33050
Tel. (305) 743-2492
Fax. (786) 743-2432
```

s/ Jose F. Torres

```
_____
Jose F. Torres
Florida Bar No. 148067
Torreslaw@mac.com


John Campbell
Florida Bar No. 443972
Campbelllaw@mac.com
```