UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-23622-CIV-SCOLA/OTAZO-REYES

JOSE ANGEL LUZARDO,
RAUNEL MANUEL LARA ALONSO,
and all others similarly
situated under 29 U.S.C.
216(b),

    Plaintiffs,

v.

TRITON WINDOW DISTRIBUTORS,
INC., and ALEJANDRO ACOSTA,

    Defendants.

_____/

**DEFENDANTS'** *CORRECTED*[1] **NOTICE OF COMPLIANCE WITH THE COURT'S ORDER [DE50]**

Defendants, by and through undersigned counsel, file their *Corrected* Notice of Compliance with the Court's Order of July 21, 2015 [DE50].

1. The Court in <u>Lamonica v. Safe Hurricane Shutters, Inc.</u>, CASE NUMBER 07-61295-CIV-GONZALEZ/COHN, gave Fluctuating Work Week Jury Instructions. The Court's Jury Instructions are found in CASE NUMBER 07-61295-CIV-GONZALEZ/COHN, DE215, Trial Transcript, Volume VI, starting at page 96. *The Court addresses the calculation of the regular rate of pay for salaried employees, central to the*

---

[1] Corrections in italics, below.

*fluctuating work week overtime issue, at page 102, lines 4-9. In contrast, please see the Court's instruction for calculating the regular rate of pay for hourly employees at page 101 line 20 to page 102 line 1.* A copy of the above-referenced document is attached hereto as <u>Exhibit 1</u>.

2. The Eleventh Circuit discusses the trial court's Fluctuating Work Week Jury Instructions in <u>Lamonica v. Safe Hurricane Shutters, Inc</u>., 711 F.3d 1299, 1310 (11th Cir. 2013). A copy of <u>Lamonica v. Safe Hurricane Shutters, Inc</u>., 711 F.3d 1299 (11th Cir. 2013) is attached hereto as <u>Exhibit</u> 2.

Respectfully Submitted,

    CAMPBELL & MALAFY
    10887 Overseas Highway
    Suite 201
    Marathon, Florida 33050
    Tel. (305) 743-2492
    Fax. (786) 743-2432

    s/ Jose F. Torres
    _____
    Jose F. Torres
    Florida Bar No. 148067
    Torreslaw@mac.com

    John Campbell
    Florida Bar No. 443972
    Campbelllaw@mac.com

    CERTIFICATE OF SERVICE

We hereby certify that on July 22, 2015 we filed the foregoing with the Clerk of the Court via the CM/ECF system which will send a notice of electronic filing to:

J.H. Zidell, Esq.
J.H. ZIDELL, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel. (305) 865-6766
Fax. (305) 865-7167
FBN: 0010121
zabogado@aol.com

                                    CAMPBELL & MALAFY
                                    10887 Overseas Highway
                                    Suite 201
                                    Marathon, Florida 33050
                                    Tel. (305) 743-2492
                                    Fax. (786) 743-2432

                                    s/ Jose F. Torres
                                    _____
                                    Jose F. Torres
                                    Florida Bar No. 148067
                                    Torreslaw@mac.com

                                    John Campbell
                                    Florida Bar No. 443972
                                    Campbelllaw@mac.com