UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 14-23622-CIV-SCOLA/OTAZO-REYES**

JOSE ANGEL LUZARDO, RAUNEL MANUEL  )
LARA ALONSO, *and all others similarly situated*  )
under 29 U.S.C. 216(B)  )
  )
      Plaintiffs  )
  )
vs.  )
  )
TRITON WINDOW DISTRIBUTORS, INC.;  )
ALEJANDRO ACOSTA,  )
  )
      Defendants.  )
_____  )

**MOTION FOR CLARIFICATION OF COURT ORDER**

Comes Now Plaintiffs, by and through undersigned counsel ,and hereby files their Motion for Clarification of Court Order in regard to Plaintiff's Motion in Limine, and state as follows.

1. Plaintiffs filed a Motion in Limine on June 1, 2015 [DE 28]. Plaintiff argued that

    a) Exclude reference to attorney's fees and costs at trial as related to both Plaintiffs,

    b) Exclude reference to liquidated damages at trial as related to both Plaintiffs,

    c) Exclude evidence of prior convictions as related to Jose Luzarado,

    d) Exclude evidence of prior bad acts related to Jose Luzarado, and

    e) Exclude testimony of William Gomez based upon having no knowledge in this matter.

2. This Court ordered that the decision on the Motion would be made at the Calendar Call in this matter on Calendar Call on July 21, 2015 [DE 38].

3. The Court made it's decision orally on July 21, 2015. Plaintiff requests that this Court clarify this order so that the parties are  particularly aware of exactly what is excluded

from trial so that nothing is accidentally disclosed which was otherwise ordered excluded.

Respectfully submitted,

DATED July 22, 2015                                             Respectfully Submitted,

   /s/Elizabeth O. Hueber
Elizabeth O. Hueber
Fla. Bar No. 0073061
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

## CERTIFICATE OF CONFERRAL

Plaintiffs requested Defendants' position on the above Motion for Clarification with Defendants' counsel over e-mail on the afternoon of of July 22, 2015. Plaintiffs did not receive a response. Due to this Motion not being a substantive motion, and instead seeking the clarification of a motion for the benefit of both parties, Plaintiffs did not attempt more comprehensive methods of procuring Defendants' consent.

   /s/Elizabeth O. Hueber

Elizabeth O. Hueber

CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2015, I electronically filed this document with the Clerk of Court using the CM/ECF.

> __/s/Elizabeth O. Hueber__
> Elizabeth O. Hueber, Esq.
> Fla. Bar No. 0073061
> J.H. Zidell, P.A.
> Attorney for Plaintiff
> 300 71st Street #605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865 – 7167

SERVICE LIST

Jose F. Torres
Campbell & Malafy
10887 Overseas Hwy
Marathon, FL  33050-3454
Attorney for Defendants
(Tel)    305-743-2492
(Fax)   786.743.2432