AO 187 (Rev. 7/87) Exhibit and List

# United States District Court

SOUTHERN DISTRICT OF FLORIDA- MIAMI DIVISION

| | |
|---|---|
| JOSE ANGEL LUZARDO, RAUNEL MANUEL LARA ALONSO, and all others similarly situated under 29 U.S.C. 216(b),<br><br>   Plaintiff,<br><br> vs.<br><br>TRITON WINDOW DISTRIBUTORS, INC., and ALEJANDRO ACOSTA<br><br>   Defendants. | **PLAINTIFF'S EXHIBIT LIST**<br><br>CASE NO.: 14-23622-CIV-SCOLA/OTAZO-REYES |

| PRESIDING JUDGE<br>Honorable<br>ROBERT N. SCOLA | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>JOSE F. TORRES<br>Campbell & Malafy<br>10887 Overseas Hwy<br>Marathon, FL  33050-3454 |
|---|---|---|
| TRIAL DATE(S)<br>July 27, 2015 | | |

| PLF. NO | DEF .NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* and Defendants' Objections |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiffs' First Request for Admissions. |
| 2 | | | | | Plaintiffs' First Set of Interrogatories. |
| 3 | | | | | Plaintiffs' First Request for Production. |
| 4 | | | | | Defendants' Response to Plaintiff's First Request for Admissions. |
| 5 | | | | | Defendants' Response to Plaintiff's First Set of Interrogatories. |
| 6 | | | | | Defendants' Response to Plaintiff's First Request for Production. |
| 7 | | | | | Plaintiffs' Response to Defendants' First Request for Production. |
| 9 | | | | | Plaintiffs Initial Disclosures. |
| 10 | | | | | Time Card Details |
| 11 | | | | | Payroll Records |
| 12 | | | | | Plaintiffs' Statement of Claim |
| 13 | | | | | Defendants' Response to Plaintiffs' Statement of Claim |
| 14 | | | | | ALL REBUTTAL EXHIBITS |
| 15 | | | | | Docket in case 1:12-cv-22467-JJO Millan Diaz, et al v. Triton Window Distributors, Inc., et al |
| 16 | | | | | Summons and Return of Service in 1:12-cv-22467-JJO Millan Diaz, et al v. Triton Window Distributors, Inc., et al. |

*

| | | | | |
|---|---|---|---|---|
| 17 | | | | Amended Complaint in case 1:12-cv-22467-JJO Millan Diaz, et al v. Triton Window Distributors, Inc., et al [DE 32] |
| 18 | | | | ALL IMPEACHMENT EXHIBITS |
| 19 | | | | RIGHT RESERVED TO INTRODUCE ANY EXHIBIT LISTED ON DEFENDANTS' EXHIBIT LIST. |