United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jose Angel Luzardo and Raunel Manuel Lara Alonso, Plaintiffs | ) ) ) ) |
| v. | ) Civil Action No. 14-23622-Civ-Scola ) |
| Triton Window Distributors, Inc. and Alejandro Acosta, Defendants | ) ) ) |

## Judgment

The Jury has rendered its verdict in this case. (*See* Jury Verdict for Luzardo, ECF No. 77; Jury Verdict for Alonso, ECF No. 78.) The Court now enters judgment in favor of the Plaintiff Jose Angel Luzardo in the amount of $2,400.00 and in favor of Plaintiff Raunel Manuel Lara Alonso in the amount of $7,900.00 as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on July 30, 2015.

_____
Robert N. Scola, Jr.
United States District Judge