# RUSH

.Process Servers  
.Private Investigation Agency  

**I**  
**N**  
**C.**

P.O. BOX 693180  
MIAMI, FL. 33269  
305-571-7874

DATE     8/18/15

JOSE ANGEL LUZARDO     **To:**   MR.J.H.ZIDELL ESQ

VS.

TRITON WINDOW DISTRIBUTURS, INC

| Case Number | Served | Date Served | Amount |
|---|---|---|---|
| 14-23622 | SERVICE OF 12 SUBPOENA 12x40=480.00 | 7/15/15 | $480.00 |

**INVOICE #**   511                      **TOTAL DUE**   $480.00

*Make all checks payable to RUSH. THANK YOU FOR YOUR BUSINESS!*