# Depo Express, Inc.

EIN# 74-3180564

# Invoice

1240 NE 176 Street  
North Miami Beach  
Florida, 33162  
(305)305-3333

| Date | Invoice # |
|---|---|
| 3/13/2015 | 2326 |

| Bill To |
|---|
| Law Offices of JH Zidell<br>Jay Zidell |

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
|  | Net 30 | 3/13/2015 |  |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 1 | appearance f... | 3-13-15   Time  10:00 to2:440 | 300.00 | 300.00 |
| 0 | original + 1 | two witnesses | 3.40 | 0.00 |
| 0 | exhibits |  | 0.35 | 0.00 |
| 0 | condensed/a... |  | 25.00 | 0.00 |
| 0 | courier |  | 11.00 | 0.00 |
| 0 | certified copy | Deposition of<br>Thanks for your business. | 3.00 | 0.00 |

Luzardo V. Triton Window

**Total**  $300.00