

# JEANNIE REPORTING

**28 W. Flagler St., Suite 610**
**Miami, FL 33130**
www.jeanniereporting.com
Phone # (305) 577-1705    Fax # (305) 577-1706

| Bill To | |
|---|---|
| **J.H. Zidell, P.A.**<br>**300 71 Street**<br>**Suite 605**<br>**Miami Beach, FL. 33141** | |
| ATTN: | **Daniel Feld, Esq.** |

## Invoice

| INVOICE # | 17151 |
|---|---|
| DATE | 2/28/2015 |
| JOB # | 4112JR1/4113J... |

| REPORTER | | | | TERMS |
|---|---|---|---|---|
| AM | | | | Net 30 |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 2/12/2015 | Jose Angel Luzardo vs. Triton Window Distributors<br>Case #: 14-23622 | | | |
| | O&1 Certified Transcript of Alejandro Acosta<br>51 Pages @ $4.40 Per Page | | | 224.40 |
| | O&1 Certified Transcript of Nicole Acosta<br>46 Pages @ $4.40 Per Page | | | 202.40 |
| | Appearance at Deposition 10:00 a.m. - 12:00 p.m. | 1 | 95.00 | 95.00 |
| | Handling & Delivery | 1 | 15.00 | 15.00 |

Thank you for using Jeannie Reporting, Inc.
Past due invoices carry a 1.5% interest charge per month.
Tax ID #55-0828848

| Total | $536.80 |
|---|---|
| **Payments** | $0.00 |
| Balance Due | **$536.80** |

*It's been a pleasure working with you!*