# INVOICE



**Olender Legal Solutions**
477 S. Rosemary Ave, Suite 202
West Palm Beach, FL 33401
(866) 420-4020

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1012499 | 8/3/2015 | 32561 |

| Job Date | Case No. | |
|---|---|---|
| 2/19/2015 | 14-23622-CIV-SCOLA | |

| Case Name | | |
|---|---|---|
| Jose Angel Luzardo et al v Triton Windo Ditributors Inc., et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Julia M. Garrett, Esq.
J.H. Zidell, P.A.
300 71st Street
Ste. 605
Miami Beach, FL 33141

Jose Luzardo & Raunel Manuel Lara Alonso

| | | | | |
|---|---|---|---|---|
| Certified Copy | 89.00 | @ | 3.15 | 280.35 |
| Certified Copy | 109.00 | @ | 3.15 | 343.35 |
| Condensed Trans & E-Tran | | | 15.00 | 15.00 |

**TOTAL DUE >>>**     **$638.70**

Certified Copy
Luzardo 109 pages
Lara 89 pages
Back order

Thank you for scheduling with us! We appreciate your business. Please note that you the client are responsible for payment of this invoice or for any collections and or attorney fees for past due invoices.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 638.70 |

Tax ID: 45-0561187

Phone: 305-865-6766   Fax:

---

*Please detach bottom portion and return with payment.*

Julia M. Garrett, Esq.
J.H. Zidell, P.A.
300 71st Street
Ste. 605
Miami Beach, FL 33141

| | | |
|---|---|---|
| Job No. | : 32561 | BU ID : OLS/FL |
| Case No. | : 14-23622-CIV-SCOLA | |
| Case Name | : Jose Angel Luzardo et al v Triton Windo Ditributors Inc., et al | |
| Invoice No. | : 1012499 | Invoice Date : 8/3/2015 |
| **Total Due** | : **$638.70** | |



**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:     Phone#:
Billing Address:
Zip:     Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **Olender Legal Solutions**
         **477 South Rosemary Avenue**
         **Suite 202**
         **West Palm Beach, FL 33401**