Yashar Litigation Services LLC
NEIL VAISELBERG
PO BOX 402865
Miami Beach, FL  33140

(305)968-4439
NVAISELBERG@GMAIL.COM



# Invoice

| Date | Invoice # |
|---|---|
| 07/30/2015 | 1269 |
| Terms | Due Date |
| Due on receipt | 07/30/2015 |

**Bill To**
J.H. ZIDELL
J.H. ZIDELL P.A.
CITY NATIONAL BANK BUILDING
300 71ST STREET
SUITE 605
MIAMI BEACH, FLORIDA  33141

| Amount Due | Enclosed |
|---|---|
| $320.00 | |

✂ Please detach top portion and return with your payment ✂

| Service | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| PS | • PROCESS SERVICE MIAMI-DADE-RUSH<br>7/23/2015<br>CASE #14-23622-CIV-SCOLA<br>SERVED:WILLIAM GOMEZ<br>AT 8888 NW 24 TER | 1 | 40.00 | 40.00 |
| PS | • PROCESS SERVICE MIAM-DADE- RUSH<br>7/23/2015<br>CASE #14-23622-CIV-SCOLA<br>SERVED:NICOLE ACOSTA<br>1)AT 8970 SW 9TH TER<br>2)OTHER ATTEMPT AT 8888 NW 24 TER<br>$40 SERVICE<br>$40 SECOND ADDRESS | 1 | 80.00 | 80.00 |
| PS | • PROCESS SERVICE MIAMI-DADE-RUSH<br>7/23/2015<br>CASE #14-23622-CIV-SCOLA<br>SERVED:ALEJANDRO ACOSTA<br>1)AT 8970 SW 9TH TER<br>2)OTHER ATTEMPT AT 8888 NW 24 TER<br>$40 SERVICE<br>$40 SECOND ADDRESS | 1 | 80.00 | 80.00 |

Continue to the next page

Communication is #1

| Service | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| PS | • PROCESS SERVICE MIAMI-DADE-RUSH<br>7/24/2015<br>CASE #14-23622-CIV-SCOLA<br>SERVED:YOEL CABRERA<br>1) AT 8888 NW 24 TER<br>2) OTHER ATTEMPT AT 7420 W 20 AVE APT #249 AND APT#349<br>$40 SERVICE<br>$40 SECOND ADDRESS | 1 | 80.00 | 80.00 |
| PS | • PROCESS SERVICE MIAMI-DADE-RUSH<br>7/23/2015<br>CASE #14-23622-CIV-SCOLA<br>NOT SERVED: NORGE OLIVA ROSABAL<br>ADDRESS GIVEN WAS A BAD ADDRESS<br>15355 SW 73 RD, MIAMI FL<br>NO NEW ADDRESS SUPPLIED<br>$40 SERVICE | 1 | 40.00 | 40.00 |
| | | | Total | $320.00 |

We appreciate your business. Please let our team know if there is anything else we can help you with.